AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of West Virginia

| | |
|---|---|
| Nathaniel Realty, LLC and Howard L. Shackelford, M.D. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   5:18-cv-110 |
| State Farm Fire and Casualty Company ) | |
| *Defendant* ) | |

## CORRECTED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ other: The plaintiffs' motion to remand is GRANTED. Accordingly, it is ORDERED that this civil action be REMANDED to the Circuit Court of Ohio County the plaintiffs' motion to remand is GRANTED. Accordingly, it is ORDERED that this civil action be REMANDED to the Circuit Court of Ohio County.

This action was *(check one)*:

☒ decided by Judge   Frederick P. Stamp, Jr.

Date:   08/31/2018                              *CLERK OF COURT*

/s/ L.M. Murphy

*Signature of Clerk or Deputy Clerk*